
Eric Ollason(AZ Bar #014860)
182 North Court Avenue
Tucson, Arizona 85701
(520) 791-2707
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

JEREMY K. AYOSO and ATHENA AYOSO,

Debtors.

In proceedings under Chapter 13

No. 05-6020 TUC-JMM

**ORDER CONFIRMING PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

The Debtors' Plan filed on February 24th, 2006, having been transmitted to the Creditors; and it having been determined after notice and opportunity for objection that:

1. The Plan complies with the provisions of this Chapter and with other applicable provisions of this title;

2. Any fee, charge, or amount required under 28 U.S.C. Chapter 123 or by the Plan, to be paid before confirmation, has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than that amount that would be paid on such claim if the estate of the Debtors were liquidated under 11 U.S.C. Chapter 7 on such date. The Plan accommodates payments to the unsecured creditors at pro rata of the amount due.

5. With respect to each allowed secured claim provided for by the Plan—

    a. The holder of such claim has accepted the Plan;

        i. The Plan provides the holder of such claim retain the lien securing such claim; and

        ii. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or

b. The Debtor surrender the property securing such claims to such holder; and

6. The Debtors will be able to make all payments under the Plan and to comply with the Plan;

7. Creditor, HSBC, secured by a 2005 Kia Optima, is to be paid $11,704.71 as secured, through the Trustee, with interest at 8%. Any unpaid balance is to be classified as paid as a general unsecured claim. In order to provide for adequate protection payments, this Creditor shall receive monthly installments of $117.00 accruing from the first month of the Plan. Said monthly installments shall increase pro - rata with other secured claims.

Creditor, CREDIT UNION OF HAWAII, secured by a 2002 Dodge Dakota, is to be paid $16,000.00 as secured, through the Trustee, with interest at 8%. Any unpaid balance is to be classified as paid as a general unsecured claim. In order to provide for adequate protection payments, this Creditor shall receive monthly installments of $160.00 accruing from the first month of the Plan. Said monthly installments shall increase pro - rata with other secured claims.

8. Tax claims to be paid as follows:

    None

9. Administrative claims:

    a. All administrative costs and attorney fee balance of $1,950.00 will be paid under the Plan.
    b. The Trustee's fees will be determined by the prevailing percentage rate as set by 28 U.S.C. § 586(e)(1)(B) and (e)(2), at the time of confirmation, but shall not exceed a maximum of 10% of payments made by Debtors.

Accordingly,

IT IS ORDERED THAT:

1. The Debtors' Plan be and it is hereby confirmed.
2. Debtors shall pay $1,250.00 per month to the Trustee, on or before the 1st day of the month, commencing

2

April 1st, 2006. The Plan shall continue for 45 months from the date of the first payment.

Dated:

Approved as to form by:

Hon. James M. Marlar
United States Bankruptcy Court Judge

_____
Dianne C. Kerns, Trustee

/s/ Eric Ollason
_____
Eric Ollason
Attorney for Debtors

**GRANTED**

3